Andrew R. McBride, Smith, Currie & Hancock LLP, of Atlanta, GA, argued for plaintiff-appellant.

Lauren S. Moore, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Brian M. Simkin, Assistant Director.

MAYER, LINN and PROST, Circuit Judges.

### Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.

**In re: Jung J. LEE.**

No. 2008–1148.

United States Court of Appeals, Federal Circuit.

Aug. 7, 2008.

Clifford D. Hyra, The Law Office of James C. Wray, of McLean, VA, argued for appellant. With him on the brief was James C. Wray.

Shannon M. Hansen, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, VA, argued for the Director of the United States Patent and Trademark Office. With her on the brief was Thomas L. Stoll, Associate Solicitor. Of counsel was Sydney O. Johnson, Acting Solicitor.

MAYER, LOURIE and PROST, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.